USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

      :    08 Cr. 395 (WHP)

      :    <u>ORDER</u>

-against-

      :

Leovigildo Rivera,

      :

           Defendant.

      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        This Court received the attached letters from the defendant and now forwards it to counsel. The Parties are directed to appear for a conference concerning the issues addressed in the attached correspondence on July 1, 2008 at 2:30 p.m.

Dated: June 27, 2008
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of record:*

Michael Quinn English
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Phil Weinstein, Esq.
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
*Counsel for Defendant*

June 23, 2008

HONORABLE JUDGE W.H. PAULEZ
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

       RE: UNITED STATES v. LEOVIGILDO RIVERA
            DOCKECT No. 08 Cr. 395 (WHP)

Dear Honorable Judge Paulez:

    I writing this letter to request a change of my attorney for the following reasons:

1- Mr.Philip l. weinstein showing me no interest at all in my case.

2- We have conflict of interest.

    I feel with you help and a new lawyer I will be able to have right representation. Your honor, I ask that you appoint me a competente attorney.

    Thank you in advance for your assistance in this matter.

                                            Sincerely,

                                            Leovigildo Rivera
                                            Reg# 70493-054
                                            M.C.C.- NY
                                            150 Park Row
                                            New York, NY 10007

c.c: