UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    ORDER

    - v -                               :    08 Cr. 395 (WHP)

LEOVIGILDO RIVERA,                      :

            Defendant.                  :

- - - - - - - - - - - - - - - - - - - x

**MEMO ENDORSED**

HONORABLE WILLIAM H. PAULEY III, United States District Judge:

       The Court, having been advised that circumstances no longer warrant the sealing of the above-referenced indictment, hereby orders that Indictment 08 Cr. 395 may be unsealed.

Dated: June 24, 2008

                                       HONORABLE WILLIAM H. PAULEY III
                                       UNITED STATES DISTRICT JUDGE