UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        ORDER
                                    :
    LEOVIGILDO RIVERA                :
                                    :        08 Cr. 395
                                    :        _____
                                    :        Docket #
------------------------------------x


_Hon. William H. Pauley III_, **DISTRICT JUDGE**:
        Judge's Name


The C.J.A. attorney assigned to receive cases on this day,

_____Steven Witzel, Esq._____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC July 1, 2008.



                                SO ORDERED.


                        _____
                            UNITED STATES DISTRICT JUDGE




DATED: **NEW YORK, NY**
       **JULY 1, 2008**