Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



FRIED FRANK

JUL 2 8 2008

Direct Line: 212.859.8592
Fax: 212.859.4000
Steven.Witzel@friedfrank.com

July 28, 2008

BY FAX
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

Re:   United States v. Leovigildo Rivera 08 Cr. 395 (WHP)

Dear Judge Pauley:

On behalf of our client Leovigildo Rivera and with the consent of the United States Attorney's Office, we make a joint request for a one month adjournment of the upcoming July 30 pretrial conference. A one month adjournment would permit additional time to continue ongoing discussions with the Government. We agree with the Government that exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), is appropriate to continue discussions and to review additional discovery, including DVDs received on July 18.

Accordingly, we would respectfully request that the Court adjourn the status hearing from July 30, 2008 to a date on or after September 5, 2008, with a Speedy Trial Act exclusion of time.

Respectfully submitted,

Steven Witzel

cc (by electronic mail): Margaret Garnett, AUSA
                         Michael English, AUSA

7082976

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO SEPTEMBER 11, 2008 AT 2:15 PM. SPEEDY TRIAL IS
SO ORDERED: EXCLUDED UNDER 18 USC 3161 IN THE INTERESTS OF JUSTICE.

WILLIAM H. PAULEY III U.S.D.J.
7-31-08

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership